UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re 2025 UPMC Subpoena | Civil Action No. 2:25-mc-01069 A. et al |

**ORDER**

AND NOW, this _____ day of September, 2025, upon consideration of the Movants' Motion to Quash Subpoena Duces Tecum, any response thereto, and argument thereupon, it is hereby **ORDERED** that the Subpoena is hereby **Quashed** as to Requests 11, 12, and 13, and any and all other Requests to the extent that such Requests or sub-Requests call for the production of the identities or records of University of Pittsburgh Medical Center patients or their families.

To the extent any quashed records have been produced previous to this Order, the United States Department of Justice shall no longer access such records, and the parties shall within seven (7) days meet and confer regarding appropriate prophylactic measures to be taken and submit a joint report and any joint or individual proposals to the Court.

BY THE COURT:

_____
Judge, United States District Court