## CERTIFICATE OF SERVICE

The undersigned certifies that on this day she caused a true and correct copy of the foregoing Motion and corresponding Memorandum of Law to be served on the United States via electronic mail to the addresses below, pursuant to agreement of the parties. She further certifies that on September 24, 2025, she will cause service to be made on the United States at the following addresses via certified mail:

United States Attorney's Office
ATTN:  Civil Process Clerk
700 Grant Street,
Suite 4000
Pittsburgh, PA 15219

U.S. Department of Justice
Justice Management Division
ATTN: Jolene Ann Lauria
950 Pennsylvania Avenue, NW
Room 1111
Washington, DC 20530

Ross S. Goldstein
Patrick Runkle
Scott B. Dahlquist
U.S. Department of Justice
Ross.Goldstein@usdoj.gov
Patrick.R.Runkle@usdoj.gov
Scott.B.Dahlquist@usdoj.gov

DATED: September 24, 2025                                    /S/ *Alison Gutierrez*
                                                              Alison Gutierrez