UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re 2025 UPMC Subpoena | Civil Action No. 2:25-mc-01069 A. et al |

**ORDER**

AND NOW, this _____ day of September, 2025, upon consideration of Movants' Motion to Proceed Under Pseudonym, it is hereby **ORDERED** that Movants are permitted to proceed under pseudonyms during the duration of the above-captioned case.

**BY THE COURT:**

_____
Judge, United States District Court