AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Western District of Pennsylvania ▼

| | | |
|---|---|---|
| In Re 2025 UPMC Subpoena | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 2:25-cv-1069-CB |
| | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

United States of America .

Date: 09/25/2025

s/ Patrick R. Runkle
*Attorney's signature*

Patrick R. Runkle (PA 207360)
*Printed name and bar number*
450 5th St. NW #6400
Washington DC 20001

*Address*

patrick.r.runkle@usdoj.gov
*E-mail address*

(202) 532-4723
*Telephone number*

(202) 514-8742
*FAX number*