UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: UPMC Subpoena | 2:25-mc-01069-CB |

### MOTION FOR ADMISSION *PRO HAC VICE* OF MARY M. MCKENZIE

Mary M. McKenzie, undersigned counsel for

- Parent A.A., on their own behalf and on behalf of Child A.A.,
- Parent B.B., on their own behalf and on behalf of Child B.B.,
- Parent C.C., on their own behalf and on behalf of Child C.C.,
- Parent D.D., on their own behalf,
- and Child D.D., a former minor,

("Movants") hereby moves to be admitted to appear and practice in this Court in the above-captioned matter as counsel *pro hac vice* for Movants, pursuant to Local Civil Rules of Court 83.2 and 83.3, and this Court's Standing Order Regarding *Pro Hac Vice* Admissions dated May 31, 2006 (Misc. No. 06-151).

In support of this motion, undersigned counsel attaches her Declaration for Admission *Pro Hac Vice* filed herewith, which satisfies the requirements of the foregoing Local Rules and Standing Order.

Dated: September 26, 2025

Respectfully Submitted,

By: /s/ *Mary M. McKenzie*
Mary M. McKenzie (PA 47434)
Public Interest Law Center
1500 JFK Blvd., Suite 802
Philadelphia, PA 19102
Telephone: 267-546-1319
Facsimile: 215-627-3183
Email: mmckenzie@pubintlaw.org
*Counsel for Movants*

**CERTIFICATE OF SERVICE**

    I, Mary M. McKenzie, hereby certify that on the 26th of September, 2025, I caused the foregoing document to be filed electronically with this Court, where it is available for viewing and downloading from the Court's ECF system by the Court and all parties.

/s/ *Mary M. McKenzie*
Mary M. McKenzie