UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: UPMC Subpoena | 2:25-mc-01069-CB |

**DECLARATION OF MARY M. MCKENZIE IN SUPPORT OF
<u>MOTION FOR ADMISSION *PRO HAC VICE*</u>**

I, Mary M. McKenzie make this Declaration in support of the motion for my admission to appear and practice in this Court in the above-captioned matter as counsel *pro hac vice* for

- Parent A.A., on their own behalf and on behalf of Child A.A.,
- Parent B.B., on their own behalf and on behalf of Child B.B.,
- Parent C.C., on their own behalf and on behalf of Child C.C.,
- Parent D.D., on their own behalf,
- and Child D.D., a former minor,

("Movants") pursuant to Local Civil Rules of Court 83.2 and 83.3, and the Court's Standing Order Regarding *Pro Hac Vice* Admissions dated May 31, 2006 (Misc. No. 06-151).

1. I am an attorney and the legal director at the Public Interest Law Center.

2. My business address is the Public Interest Law Center, 1500 John F. Kennedy Blvd., Suite 802, Philadelphia, PA 19102.

3. I am a member in good standing of the bars of the Commonwealth of Pennsylvania (admission 12/1/1986), the United States District Court for the Eastern District of Pennsylvania (admission 12/10/1986), the United States Court of Appeals for the Third Circuit (admission 10/16/1987), and the Supreme Court of the United States (admission 01/30/2025). My bar identification number is 47434.

4.  A certificate of good standing from the bar of the Commonwealth of Pennsylvania is attached to this Affidavit as Exhibit A.

5.  I have not been the subject of any disciplinary proceedings concerning the practice of law.

6.  I attest that I am a registered user of CM/ECF in the United States District Court for the Western District of Pennsylvania.

7.  I attest that I have read, know, and understand the Local Rules of Court for the United States District Court for the Western District of Pennsylvania.

8.  Based upon the foregoing, I respectfully request that I be granted *pro hac vice* admission in this matter.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: September 26, 2025                             Respectfully Submitted,

By: /s/ *Mary M. McKenzie*
Mary M. McKenzie (PA 347434)
Public Interest Law Center
1500 JFK Blvd., Suite 802
Philadelphia, PA 19102
Telephone: 267-546-1319
Facsimile: 215-627-3183
Email: mmckenzie@pubintlaw.org

*Counsel for Movants*

# Exhibit A



## Supreme Court of Pennsylvania

### CERTIFICATE OF GOOD STANDING

*Mary M. McKenzie, Esq.*

**DATE OF ADMISSION**

*December 1, 1986*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



Witness my hand and official seal
Dated: June 16, 2025

_____
Nicole Traini
Chief Clerk