# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE 2025 UPMC SUBPOENA

Civil Action No. 2:25-mc-01069-CB

*(Electronically Filed)*

## MOTION FOR ADMISSION *PRO HAC VICE* OF ROSS S. GOLDSTEIN

Ross S. Goldstein, undersigned counsel for the Respondent, United States of America, hereby moves to be admitted to appear and practice in the Court in the above-captioned matter as counsel *pro hac vice* for the United States of America pursuant to Western District of Pennsylvania Local Rules 83.2, 83.3, and this Court's Standing Order Regarding *Pro Hac Vice* Admissions dated May 31, 2006 (Misc. No. 06-151). In support of this motion, undersigned counsel attaches the Declaration of Ross S. Goldstein in Support of Motion for Admission *Pro Hac Vice*, which it is averred satisfies the requirements of the foregoing Local Rules and Standing Order.

Dated, this 29th day of September, 2025.

Respectfully submitted,


 */s/ Ross S. Goldstein*
ROSS S. GOLDSTEIN
Assistant Director
United States Department of Justice
Consumer Protection Branch

P.O. Box 386
Washington, DC 20044
(202) 353-4218
Ross.Goldstein@usdoj.gov

D.C. Bar No. 480280

*Counsel for Respondent*