UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE 2025 UPMC SUBPOENA | Civil Action No. 2:25-mc-01069-CB<br><br>*(Electronically Filed)* |

## DECLARATION OF ROSS S. GOLDSTEIN IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

I, Ross S. Goldstein, make this declaration in support of the motion for my admission to appear and practice in this Court in the above-captioned matter as counsel *pro hac vice* for Respondent United States of America pursuant to this Court's Local Rules 83.2, 83.3, and the Standing Order Regarding *Pro Hac Vice* Admissions dated May 31, 2006 (Misc. No. 06-151).

I, Ross S. Goldstein, do hereby declare as follows:

1. I am an Assistant Director of the Consumer Protection Branch of the United States Department of Justice.

2. My business address is physically located at 450 Fifth Street, NW, Suite 6400, Washington, DC 20001 (however, United States postal mail should be directed to P.O. Box 386, Washington, DC 20044).

3. I am a member in good standing of the bars of the District of Columbia (Bar No. 480280) and the State of Maryland (Attorney No. 0112110290).

1

4. Certificates of Good Standing from the Supreme Court of Maryland and the District of Columbia Court of Appeals are attached to this Declaration as Exhibit 1.

5. In addition to the bars of the District of Columbia and Maryland, I have been admitted or conditionally/specially/provisionally admitted to practice in the following United States District Courts:

   a. Central District of California
   b. District of Colorado
   c. District of Columbia
   d. Southern District of Florida
   e. District of Maryland
   f. District of Massachusetts
   g. District of Minnesota
   h. Eastern District of Missouri
   i. Eastern District of Pennsylvania
   j. District of South Dakota
   k. Middle District of Tennessee
   l. Western District of Washington
   m. Eastern District of Wisconsin

6. I attest that I am a registered user of ECF in the United States District Court for the Western District of Pennsylvania.

7. I attest that I have read, know, and understand the Local Rules of Court for the United States District Court for the Western District of Pennsylvania.

8. I attest that I have no disciplinary proceedings against me.

9. Based on the foregoing, I respectfully request that I be granted *pro hac vice* admission in this matter.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated, this 29th day of September, 2025.

Respectfully submitted,

*/s/ Ross S. Goldstein*
ROSS S. GOLDSTEIN
Assistant Director
United States Department of Justice
Consumer Protection Branch
P.O. Box 386
Washington, DC 20044
(202) 353-4218
Ross.Goldstein@usdoj.gov

D.C. Bar No. 480280

*Counsel for Respondent*

# EXHIBIT 1



*On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that*

# *Ross Scott Goldstein*

*was duly qualified and admitted on December 2, 2002 as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, an Active member in good standing of this Bar.*

*In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on September 28, 2025.*

*JULIO A. CASTILLO*
*Clerk of the Court*

*Issued By:*

*David Chu - Director, Membership*
*District of Columbia Bar Membership*

*For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.*

# Supreme Court of Maryland

**Annapolis, MD**



### *CERTIFICATE OF GOOD STANDING*

STATE OF MARYLAND, ss:

I, Gregory Hilton, Clerk of the Supreme Court of Maryland, do hereby certify that on the eleventh day of December, 2001,

## *Ross Scott Goldstein*

having first taken and subscribed the oath prescribed by the Constitution and Laws of this State, was admitted as an attorney of said Court, is now in good standing, and as such is entitled to practice law in any of the Courts of said State, subject to the Rules of Court. This certificate of good standing is valid through the twenty-seventh day of November,



**In Testimony Whereof,** I have hereunto set my hand as Clerk, and affixed the Seal of the Supreme Court of Maryland, this twenty-eighth day of September, 2025.

*Gregory Hilton*
_____
Clerk of the Supreme Court of Maryland