UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE 2025 UPMC SUBPOENA | Civil Action No. 2:25-mc-01069-CB  *(Electronically Filed)* |

**[PROPOSED] ORDER GRANTING MOTION FOR ADMISSION *PRO HAC VICE* OF ROSS S. GOLDSTEIN**

Having considered the Motion for Admission *Pro Hac Vice* of Ross S. Goldstein, it is hereby **ORDERED** that the Motion is **GRANTED**. Mr. Goldstein is admitted may appear before this Court in the above-referenced matter on behalf of the United States of America.

Dated: _____                    _____
                                                                    United States District Judge

1