UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re 2025 UPMC Subpoena | 2:25-mc-01069-CB |

**AFFIDAVIT OF JILL E. STEINBERG IN SUPPORT OF
MOTION FOR ADMISSION *PRO HAC VICE***

I, Jill E. Steinberg, make this Affidavit in support of the motion for my admission to appear and practice in this Court in the above-captioned matter as counsel *pro hac vice* for

- Parent A.A., on their own behalf and on behalf of Child A.A.,
- Parent B.B., on their own behalf and on behalf of Child B.B.,
- Parent C.C., on their own behalf and on behalf of Child C.C.,
- Parent D.D., on their own behalf,
- and Child D.D., a former minor,

("Movants") pursuant to Local Civil Rules of Court 83.2 and 83.3, and the Court's Standing Order Regarding *Pro Hac Vice* Admissions dated May 31, 2006 (Misc. No. 06-151).

I, Jill E. Steinberg, hereby declare as follows:

1. I am a partner attorney with the law firm of Ballard Spahr LLP.

2. My business address is Ballard Spahr LLP, 999 Peachtree Street NE, Suite 1600, Atlanta, GA 30309.

3. I am a member in good standing of the Georgia State Bar (Bar No. 502042), D.C. Bar (Bar No. 90004386), and Pennsylvania State Bar (Bar No. 82127).

4. A certificate of good standing from the Georgia State Bar is attached to this Affidavit as Exhibit A.

5. I have not been the subject of any disciplinary proceedings concerning the practice of law.

6. I attest that I am a registered user of CM/ECF in the United States District Court for the Western District of Pennsylvania.

7. I attest that I have read, know, and understand the Local Rules of Court for the United States District Court for the Western District of Pennsylvania.

8. Based upon the foregoing, I respectfully request that I be granted *pro hac vice* admission in this matter.

I hereby declare under penalty of perjury that the foregoing statements made by me are true and correct to the best of my knowledge. I am aware that if any of the foregoing statements made by me are false, I am subject to punishment.

Dated: September 29, 2025

Respectfully Submitted,

By: _____
Jill E. Steinberg (PA ID No. 82127)
(GA Bar No. 502042)
Ballard Spahr LLP
999 Peachtree Street NE, Suite 1600
Atlanta, GA 30309
Telephone: (678) 420-9300
Facsimile: (678) 420-9301
Email: steinbergj@ballardspahr.com

*Counsel for Movants*