UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In Re 2025 UPMC Subpoena** | 2:25-mc-01069-CB |

**[PROPOSED] ORDER GRANTING MOTION FOR ADMISSION *PRO HAC VICE* OF JILL E. STEINBERG**

Upon consideration of the Motion for Admission *Pro Hac Vice* of Attorney Jill E. Steinberg, counsel for

- Parent A.A., on their own behalf and on behalf of Child A.A.,
- Parent B.B., on their own behalf and on behalf of Child B.B.,
- Parent C.C., on their own behalf and on behalf of Child C.C.,
- Parent D.D., on their own behalf,
- and Child D.D., a former minor,

("Movants"), it is hereby ORDERED that the Motion is GRANTED and that Attorney Jill E. Steinberg is admitted *pro hac vice* to represent Movants in this action.

Dated: _____                     _____
                                               HONORABLE

                                               UNITED STATES DISTRICT JUDGE