UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: UPMC Subpoena No.** _____ | 2:25-mc-01069-CB |

## MOTION FOR ADMISSION *PRO HAC VICE* OF ELIZABETH A. LILLY

Elizabeth A. Lilly, undersigned counsel for

- Parent A.A., on their own behalf and on behalf of Child A.A.,
- Parent B.B., on their own behalf and on behalf of Child B.B.,
- Parent C.C., on their own behalf and on behalf of Child C.C.,
- Parent D.D., on their own behalf,
- and Child D.D., a former minor,

("Movants") hereby moves to be admitted to appear and practice in this Court in the above-captioned matter as counsel *pro hac vice* for Movants, pursuant to Local Civil Rules of Court 83.2 and 83.3, and this Court's Standing Order Regarding *Pro Hac Vice* Admissions dated May 31, 2006 (Misc. No. 06-151).

In support of this motion, undersigned counsel attaches her Affidavit for Admission *Pro Hac Vice* filed herewith, which, it is averred, satisfies the requirements of the foregoing Local Rules and Standing Order.

Dated: September 30, 2025

Respectfully Submitted,

By: */s/ Elizabeth A. Lilly*
Elizabeth A. Lilly (PA 336185)
Ballard Spahr, LLP
1735 Market Street, Floor 51
Philadelphia, PA 19103
Telephone: 215-665-8500
Facsimile: 215-864-8999
Email: lillye@ballardspahr.com

*Counsel for Movants*

## CERTIFICATE OF SERVICE

      I, Elizabeth A. Lilly, hereby certify that on the 30th of September, 2025, I caused the foregoing document to be filed electronically with this Court, where it is available for viewing and downloading from the Court's ECF system by the Court and all parties.

                                              */s/ Elizabeth A. Lilly*
                                              Elizabeth A. Lilly

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: UPMC Subpoena No. _____ | 2:25-mc-01069-CB |

**AFFIDAVIT OF ELIZABETH A. LILLY IN SUPPORT OF**
**MOTION FOR ADMISSION *PRO HAC VICE***

I, Elizabeth A. Lilly, make this Affidavit in support of the motion for my admission to appear and practice in this Court in the above-captioned matter as counsel *pro hac vice* for

- Parent A.A., on their own behalf and on behalf of Child A.A.,
- Parent B.B., on their own behalf and on behalf of Child B.B.,
- Parent C.C., on their own behalf and on behalf of Child C.C.,
- Parent D.D., on their own behalf,
- and Child D.D., a former minor,

("Movants") pursuant to Local Civil Rules of Court 83.2 and 83.3, and the Court's Standing Order Regarding *Pro Hac Vice* Admissions dated May 31, 2006 (Misc. No. 06-151).

I, Elizabeth A. Lilly, hereby declare as follows:

1. I am an associate with the law firm Ballard Spahr, LLP.

2. My business address is Ballard Spahr, LLP, 1735 Market St., Floor 51, Philadelphia, PA 19103.

3. I am a member in good standing of the bars of the Commonwealth of Pennsylvania and the Eastern District of Pennsylvania. My bar identification number is 336185.

4. A certificate of good standing from the Pennsylvania State Bar is attached to this Affidavit as Exhibit A.

1

5.  I have not been the subject of any disciplinary proceedings concerning the practice of law.

6.  I attest that I am a registered user of CM/ECF in the United States District Court for the Western District of Pennsylvania.

7.  I attest that I have read, know, and understand the Local Rules of Court for the United States District Court for the Western District of Pennsylvania.

8.  Based upon the foregoing, I respectfully request that I be granted *pro hac vice* admission in this matter.

I hereby declare under penalty of perjury that the foregoing statements made by me are true and correct to the best of my knowledge. I am aware that if any of the foregoing statements made by me are false, I am subject to punishment.

Dated: September 30, 2025                                       Respectfully Submitted,

By: */s/ Elizabeth A. Lilly*
Elizabeth A. Lilly (PA 336185)
Ballard Spahr, LLP
1735 Market Street, Floor 51
Philadelphia, PA 19103
Telephone: 215-665-8500
Facsimile: 215-864-8999
Email: lillye@ballardspahr.com

*Counsel for Movants*

# Exhibit A

3



### Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

### *Elizabeth Anne Lilly, Esq.*

#### DATE OF ADMISSION

*October 29, 2024*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



**Witness my hand and official seal
Dated:  September 29, 2025**

_____
Steven Rothermel, Esq.
Deputy Prothonotary

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: UPMC Subpoena No. _____ | 2:25-mc-01069-CB |

**[PROPOSED] ORDER GRANTING MOTION FOR ADMISSION *PRO HAC VICE* OF ELIZABETH A. LILLY**

Upon consideration of the Motion for Admission *Pro Hac Vice* of Attorney Elizabeth A. Lilly, counsel for

- Parent A.A., on their own behalf and on behalf of Child A.A.,
- Parent B.B., on their own behalf and on behalf of Child B.B.,
- Parent C.C., on their own behalf and on behalf of Child C.C.,
- Parent D.D., on their own behalf,
- and Child D.D., a former minor,

("Movants"), it is hereby ORDERED that the Motion is GRANTED and that Attorney Elizabeth A. Lilly is admitted *pro hac vice* to represent Movants in this action.

Dated: _____

_____
HONORABLE CATHY BISSOON

UNITED STATES DISTRICT JUDGE