## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF PENNSYLVANIA

**IN RE: UPMC Subpoena No. _____**

2:25-mc-01069-CB

## MOTION FOR ADMISSION *PRO HAC VICE* OF
## J. CHESLEY BURRUSS

J. Chesley Burruss, undersigned counsel for

- Parent A.A., on their own behalf and on behalf of Child A.A.,
- Parent B.B., on their own behalf and on behalf of Child B.B.,
- Parent C.C., on their own behalf and on behalf of Child C.C.,
- Parent D.D., on their own behalf,
- and Child D.D., a former minor,

("Movants") hereby moves to be admitted to appear and practice in this Court in the above-captioned matter as counsel *pro hac vice* for Movants, pursuant to Local Civil Rules of Court 83.2 and 83.3, and this Court's Standing Order Regarding *Pro Hac Vice* Admissions dated May 31, 2006 (Misc. No. 06-151).

In support of this motion, undersigned counsel attaches his Affidavit for Admission *Pro Hac Vice* filed herewith, which, it is averred, satisfies the requirements of the foregoing Local Rules and Standing Order.

Dated: September 30, 2025

Respectfully Submitted,

*/s/ J. Chesley Burruss*
J. Chesley Burruss (PA 331521)
Ballard Spahr, LLP
1735 Market Street, Floor 51
Philadelphia, PA 19103
Telephone: 215-665-8500
Facsimile: 215-864-8999
Email: burrussc@ballardspahr.com

*Counsel for Movants*

## CERTIFICATE OF SERVICE

I, J. Chesley Burruss, hereby certify that on the 30th of September, 2025, I caused the foregoing document to be filed electronically with this Court, where it is available for viewing and downloading from the Court's ECF system by the Court and all parties.


*/s/ J. Chesley Burruss*
J. Chesley Burruss

**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE: UPMC Subpoena No. _____        2:25-mc-01069-CB

**AFFIDAVIT OF J. CHESLEY BURRUSS IN SUPPORT OF**
**MOTION FOR ADMISSION *PRO HAC VICE***

I, J. Chesley Burruss, make this Affidavit in support of the motion for my admission to

appear and practice in this Court in the above-captioned matter as counsel *pro hac vice* for

- Parent A.A., on their own behalf and on behalf of Child A.A.,
- Parent B.B., on their own behalf and on behalf of Child B.B.,
- Parent C.C., on their own behalf and on behalf of Child C.C.,
- Parent D.D., on their own behalf,
- and Child D.D., a former minor,

("Movants") pursuant to Local Civil Rules of Court 83.2 and 83.3, and the Court's Standing

Order Regarding *Pro Hac Vice* Admissions dated May 31, 2006 (Misc. No. 06-151).

I, J. Chesley Burruss, hereby declare as follows:

1.      I am an associate with the law firm Ballard Spahr LLP.

2.      My business address is Ballard Spahr, LLP, 1735 Market St., Floor 51,

Philadelphia, PA 19103.

3.      I am a member in good standing of the bars of the Commonwealth

of Pennsylvania, the District of Columbia, the State of Hawaii, the State of New

York, the Eastern District of Pennsylvania, the Middle District of Pennsylvania, the

Eastern District of New York, the Southern District of New York, the District

Court of Hawaii, and the Second, Ninth, and Tenth Circuit Courts of Appeals. My

1

bar identification number for Pennsylvania is 331521.

4.      A certificate of good standing from the Pennsylvania State Bar is attached to this Affidavit as Exhibit A.

5.      I have not been the subject of any disciplinary proceedings concerning the practice of law.

6.      I attest that I am a registered user of CM/ECF in the United States District Court for the Western District of Pennsylvania.

7.      I attest that I have read, know, and understand the Local Rules of Court for the United States District Court for the Western District of Pennsylvania.

8.      Based upon the foregoing, I respectfully request that I be granted *pro hac vice* admission in this matter.

I hereby declare under penalty of perjury that the foregoing statements made by me are true and correct to the best of my knowledge. I am aware that if any of the foregoing statements made by me are false, I am subject to punishment.

Dated: September 30, 2025                    Respectfully Submitted,

                                             */s/ J. Chesley Burruss*
                                             J. Chesley Burruss (PA 331521)
                                             Ballard Spahr, LLP
                                             1735 Market Street, Floor 51
                                             Philadelphia, PA 19103
                                             Telephone: 215-665-8500
                                             Facsimile: 215-864-8999
                                             Email: burrussc@ballardspahr.com

                                             *Counsel for Movants*

# Exhibit A



𝔖upreme 𝔒ourt of 𝔓ennsylvania

## CERTIFICATE OF GOOD STANDING

### *John Chesley Burruss, Esq.*

**DATE OF ADMISSION**

*September 28, 2022*

The above named attorney was duly admitted to the bar of the Commonwealth of
Pennsylvania, and is now a qualified member in good standing.



**Witness my hand and official seal**
**Dated:  September 29, 2025**

Steven Rothermel, Esq.
Deputy Prothonotary

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE: UPMC Subpoena No. _____          2:25-mc-01069-CB

**[PROPOSED] ORDER GRANTING MOTION**
**FOR ADMISSION *PRO HAC VICE* OF J. CHESLEY**
**BURRUSS**

Upon consideration of the Motion for Admission *Pro Hac Vice* of Attorney J. Chesley

Burruss, counsel for:

- Parent A.A., on their own behalf and on behalf of Child A.A.,
- Parent B.B., on their own behalf and on behalf of Child B.B.,
- Parent C.C., on their own behalf and on behalf of Child C.C.,
- Parent D.D., on their own behalf,
- and Child D.D., a former minor,

("Movants"), it is hereby ORDERED that the Motion is GRANTED and that Attorney J. Chesley

Burruss is admitted *pro hac vice* to represent Movants in this action.

Dated: _____          _____
                               HONORABLE CATHY BISSOON
                               UNITED STATES DISTRICT JUDGE