UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

In Re 2025 UPMC Subpoena

Civil Action No. 2:25-mc-01069-CB

**UNOPPOSED MOTION FOR LEAVE TO FILE REPLY BRIEF**

Movants, Parent A.A., Parent B.B. 1, Parent B.B. 2, Parent C.C., Parent D.D., and Child D.D., by their counsel, file the following Motion for Leave to File a Reply Brief, stating as follows:

1. On October 2, 2025, Respondent filed a Brief in Opposition to Movants' Motion to Quash. ECF 27.

2. Respondent's Brief in Opposition raises several issues not fully addressed in Movants' Brief in Support of their Motion to Quash.

3. Therefore, in accordance with this Court's Practices and Procedures, Movants respectfully request leave of Court to file a Reply Brief.

4. To address the aforementioned issues, Movants request permission to file a Reply Brief of no more than ten (10) pages in length by October 7, 2025.

5. Movants' Counsel is aware of the Omnibus Order issued by Chief United States District Judge Mark R. Hornak earlier today and is filing this motion out of an abundance of caution to alert the Court that Movants are seeking leave to file a reply brief.

6. Movant's counsel has consulted with counsel for Respondent since the Omnibus Stay Order was issued. Respondent does not oppose this motion, but reserves the right to seek leave of court to file a sur-reply once the stay is lifted, which Movants will not oppose. Respondent

1

does not consent to any briefing schedule that imposes a deadline on it to file a sur-reply (or any other submission) prior to lifting of the stay.

**WHEREFORE**, upon consideration of the foregoing, Movants respectfully request that this Court grant the Unopposed Motion for Leave to File a Reply Brief of no more than ten (10) pages in length by October 7, 2025 or at a date appropriate in light of the Omnibus Stay Order.

Dated: October 3, 2025

By: /s/ Jill Steinberg
Jill Steinberg* (PA 82127)
J. Chesley Burruss* (PA 331521)
Kevin M. Hayne* (NY 5967526)
Elizabeth A. Lilly* (PA 336185)
BALLARD SPAHR LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103
215-665-8500
steinbergj@ballardspahr.com
burrussc@ballardspahr.com
haynek@ballardspahr.com
lillye@ballarspahr.com

By: /s/ Rachael L. Dizard
Rachael L. Dizard (PA 315482)
Alison Gutierrez (PA 330738)
FOX ROTHSCHILD LLP
Six PPG Place
Suite 1000
Pittsburgh, PA 15222
RDizard@foxrothschild.com
agutierrez@foxrothschild.com

Respectfully submitted,

By: /s/ Mary M. McKenzie
Mary M. McKenzie* (PA 47434)
Daniel Urevick-Ackelsberg* (PA 307758)
Meghan Binford* (PA 321212)
Olivia Mania* (PA 336161)
PUBLIC INTEREST LAW CENTER
2 Penn Center
1500 JFK Blvd., Suite 802
Philadelphia, PA 19102
267-546-1316
mmckenzie@pubintlaw.org
dackelsberg@pubintlaw.org
mbinford@pubintlaw.org
omania@pubintlaw.org

*Counsel for Movants*
**Pro hac vice*