UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re 2025 UPMC Subpoena | Civil Action No. 2:25-mc-01069-CB |

**[PROPOSED] ORDER**

AND NOW, this ____ day of _____, 2025, it is hereby ORDERED that Movant's Unopposed Motion for Leave to File Reply Brief is GRANTED, and it is SO ORDERED that Movants may file a Brief in reply to Respondent's Brief in Opposition to Movants' Motion to Quash, of no more than ten (10) pages in length, by October 7, 2025.

BY THE COURT:

_____
Cathy Bissoon
United States District Judge