## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on October 3, 2025 she will cause a true and correct copy of the foregoing Motion and Proposed Order to be served on the following parties at the following addresses via electronic mail:

Ross S. Goldstein<br>
Patrick Runkle<br>
U.S. Department of Justice<br>
Ross.Goldstein@usdoj.gov<br>
Patrick.R.Runkle@usdoj.gov

DATED: October 3, 2025                                            /S/ *Meghan Binford*
                                                                                           Meghan Binford