UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re 2025 UPMC Subpoena | Case No. 2:25-MC-01069 |

## MOVANTS' MOTION FOR SUBSTITUTION OF COUNSEL

Movants hereby move the Court to substitute counsel as set forth below: Attorneys Jill E. Steinberg, J. Chesley Burruss, Kevin M. Hayne, Elizabeth A. Lilly of Ballard Spahr, LLP, and Mary M. McKenzie, Daniel Urevick-Ackelsberg, Meghan Binford, and Olivia Mania of the Public Interest Law Center, will remain counsel for Movants.

Movants move to have Rachael L. Dizard and Alison Gutierrez, of Fox Rothschild, LLP, who consent to the instant motion, removed as local counsel appearing for them in this case and in their stead substitute the following attorney as counsel for them, to serve with Jill E. Steinberg, J. Chesley Burruss, Kevin M. Hayne, Elizabeth A. Lilly, Mary M. McKenzie, Daniel Urevick-Ackelsberg, Meghan Binford, and Olivia Mania as Movants' local counsel:

> Colin Callahan (P.A. ID# 328033)
> Flannery Georgalis, LLC
> 436 Seventh Avenue, Ste. 2100
> Pittsburgh, PA 15219
> (412) 254-8602
> ccallahan@flannerygeorgalis.com

WHEREFORE, the undersigned respectfully requests that this Honorable Court grant leave to withdraw Rachael L Dizard, Esq. and Alison Gutierrez, Esq.'s appearance and substitute Colin J. Callahan, Esquire as local counsel of record for Movants in this matter.

Dated: October 7, 2024								Respectfully submitted,

/s/ *Colin J. Callahan*
Colin J. Callahan (P.A. ID No. 328033)
**FLANNERY GEORGALIS, LLC**
436 Seventh Avenue, Ste. 2100
Pittsburgh, PA 15219
(412) 254-8602
ccallahan@flannerygeorgalis.com

*Counsel for Movants*

/s/ *Rachael L. Dizard*
Rachael L. Dizard (PA 315482)
**FOX ROTHSCHILD LLP**
Six PPG Place Suite 1000
Pittsburgh, PA 15222
rdizard@foxrothschild.com

/s/ *Alison Gutierrez*
Alison Gutierrez (PA 330738)
**FOX ROTHSCHILD LLP**
Six PPG Place Suite 1000
Pittsburgh, PA 15222
agutierrez@foxrothschild.com

2