UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re 2025 UPMC Subpoena | Case No. 2:25-MC-01069 |

## ORDER

AND NOW, this ____ of October 2025, in consideration of Movants' Motion for Substitution of Counsel, IT IS SO ORDERED that the appearance of Colin J. Callahan, Esq. is entered as local counsel on behalf of the Movants and the appearance of Rachael L. Dizard, Esq. and Alison Gutierrez, Esq. are hereby withdrawn.

_____
CATHY BISSOON
UNITED STATES DISTRICT JUDGE