UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re 2025 UPMC Subpoena | Civil Action No. 2:25-mc-01069-CB |

**NOTICE OF SUPPLEMENTAL AUTHORITY**

Movants notify the Court that on October 27, 2025, the United States District Court for the Western District of Washington considered and granted a motion to quash a presumptively identical subpoena issued to QueerDoc, a medical provider of gender-affirming care to children. *See QueerDoc, PLLC v. U.S. Dep't of Just.*, No. 2:25-mc-00042-JNW, slip. op. at 4-5, (W.D. Wash. Oct. 27, 2025).

In considering QueerDoc's challenge to the subpoena, the Court found that "the question before [it] is whether DOJ may use its administrative subpoena power to achieve what the Administration cannot accomplish through legislation: the elimination of medical care that Washington and other states explicitly protect. The answer is no." *Id.* at 9-10.

That conclusion was because

> the record before the Court establishes that DOJ's subpoena to QueerDoc was issued for a purpose other than to investigate potential violations of the FDCA or FCA. The Executive Orders, the Attorney General's directives, the mismatch between the stated investigative focus and QueerDoc's operations, and the breadth of the document requests collectively demonstrate that the subpoena serves to pressure providers to cease offering gender-affirming care rather than to investigate specific unlawful conduct.

*Id.* at 15. Accordingly, the Court quashed the subpoena. *Id.* A copy of the decision is attached as Exhibit A.

1

Dated: October 29, 2025

Jill E. Steinberg* (PA 82127)
J. Chesley Burruss* (PA 331521)
Kevin M. Hayne* (NY 5967526)
Elizabeth A. Lilly* (PA 336185)
BALLARD SPAHR LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103
steinbergj@ballardspahr.com
burrussc@ballardspahr.com
haynek@ballardspahr.com
lillye@ballarspahr.com

Colin J. Callahan (PA 328033)
FLANNERY GEORGALIS
436 Seventh Avenue
Koppers Building, Ste. 2100
Pittsburgh, PA 15219
412-213-4246
ccallahan@flannerygeorgalis.com

Respectfully Submitted,

  /s/ Daniel Urevick-Ackelsberg
Mary M. McKenzie* (PA 47434)
Daniel Urevick-Ackelsberg* (PA 307758)
Meghan Binford* (PA 321212)
Olivia Mania* (PA 336161)
PUBLIC INTEREST LAW CENTER
2 Penn Center
1500 JFK Blvd., Suite 802
Philadelphia, PA 19102
267-546-1316
mmckenzie@pubintlaw.org
dackelsberg@pubintlaw.org
mbinford@pubintlaw.org
omania@pubintlaw.org



*Counsel for Movants*
*Pro hace vice*

3

**CERTIFICATE OF SERVICE**

      I, Daniel Urevick-Ackelsberg, hereby certify that on the 29th of October, 2025, I caused the foregoing document to be filed electronically with this Court, where it is available for viewing and downloading from the Court's ECF system by the Court and all parties.

                /s/ *Daniel Urevick-Ackelsberg*
                Daniel Urevick-Ackelsberg