UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: 2025 UPMC SUBPOENA | Civil Action No. 2:25-mc-01069-CB<br><br>*(Electronically Filed)* |

## MOTION FOR ADMISSION *PRO HAC VICE* OF PATRICK R. RUNKLE

Patrick R. Runkle, undersigned counsel for the United States of America, hereby moves to be admitted to appear and practice in this Court in the above-captioned matter as counsel *pro hac vice* for Plaintiff United States of America pursuant to LCvR 83.2, LCvR 83.3, and this Court's Standing Order Regarding Pro Hac Vice Admissions dated May 31, 2006 (Misc. No. 06-151). In support of this motion, undersigned counsel attaches the Declaration of Patrick R. Runkle in Support of Motion for Admission *Pro Hac Vice*, which it is averred satisfies the requirements of the foregoing Local Rules and Standing Order.

Respectfully submitted,

Date:   October 30, 2025

*/s/ Patrick R. Runkle*
PATRICK R. RUNKLE
Assistant Director
Department of Justice
Civil Division
Enforcement and Affirmative
Litigation Branch
450 5th St. NW #6400
Washington, DC 20001
(202) 532-4723
Patrick.R.Runkle@usdoj.gov
PA Bar No. 207360

*Counsel for the United States*

**CERTIFICATE OF SERVICE**

I certify that, on October 30, 2025, I filed the foregoing motion via the Court's ECF system, which served counsel of record in this action.

s/ Patrick R. Runkle
Patrick R. Runkle
