UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: 2025 UPMC SUBPOENA

Civil Action No. 2:25-mc-01069-CB

*(Electronically Filed)*

## PRO HAC VICE

I, Patrick Runkle, make this declaration in support of the motion for my admission to appear and practice in this Court in the above-captioned matter as counsel *pro hac vice* for the United States of America pursuant to LCvR 83.2, and 83.3 and this Court's Standing Order Regarding Pro Hac Vice Admissions dated May 31, 2006 (Misc. No. 06-151).

I, Patrick Runkle, do hereby declare as follows:

1. I am an Assistant Director for the United States Department of Justice in the Civil Division's Enforcement and Affirmative Litigation Branch.

2. My business address is 450 Fifth St NW #6400, Washington DC 20001.

3. I am a member in good standing of the bar of the Commonwealth of Pennsylvania. My bar number is 207360. I have also been conditionally/specially admitted in other district courts.

4. A certificate of good standing from the Supreme Court of Pennsylvania is attached to this Declaration as Exhibit 1.

5. I have no previous disciplinary proceedings against me.

6. I attest that I am a registered user of ECF in the United States District Court for the Western District of Pennsylvania.

7. I attest that I have read, know, and understand the Local Rules of Court for the United States District Court for the Western District of Pennsylvania.

8. Based upon the foregoing, I respectfully request that I be granted *pro hac vice* admission in this matter.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted,

Date: October 30, 2025

*/s/ Patrick R. Runkle*
PATRICK R. RUNKLE
Assistant Director
Department of Justice
Civil Division
Enforcement and Affirmative
Litigation Branch
450 5th St. NW #6400
Washington, DC 20001
(202) 532-4723
Patrick.R.Runkle@usdoj.gov
PA Bar No. 207360

*Counsel for the United States*

# EXHIBIT 1



### Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

*Patrick Raymond Runkle, Esq.*

DATE OF ADMISSION

*April 14, 2008*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



Witness my hand and official seal
Dated: October 27, 2025

Nicole Traini
Chief Clerk