UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: 2025 UPMC SUBPOENA | Civil Action No. 2:25-mc-01069-CB <br><br> *(Electronically Filed)* |

**[PROPOSED] ORDER GRANTING MOTION FOR ADMISSION *PRO HAC VICE* OF PATRICK R. RUNKLE**

Having considered the Motion for Admission *Pro Hac Vice* of Patrick R. Runkle, it is hereby ordered that the Motion is **GRANTED**. Mr. Runkle is admitted and may appear before this Court in the above-referenced matter on behalf of Plaintiff United States of America.

Dated: _____       _____

UNITED STATES DISTRICT JUDGE