# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: 2025 UPMC SUBPOENA | MISCELLANEOUS ACTION<br><br>Case No. 2:25-mc-1069-CB |

## GOVERNMENT'S NOTICE OF SUPPLEMENTAL AUTHORITY

The United States files the following notice of supplemental authority in the above-captioned case as the Court considers the patients' motion to quash the administrative subpoena. On November 6, 2025, the Supreme Court granted emergency relief to the Government in *Trump v. Orr*, 607 U.S. __, No. 25A319 (Nov. 6, 2025), ruling that an Executive Order requiring United States passports to display a person's biological sex at birth was permissible and was not motivated by a desire to harm transgender individuals. In granting that relief, the Supreme Court rejected contrary findings by a district judge in the District of Massachusetts, who granted a preliminary injunction on a theory that (among other things) the President's Executive Orders on transgender topics—including Executive Order 14,187, the order at issue in this litigation—were improper because they are "built on a foundation of irrational prejudice" and "moral disapproval" of transgender Americans. The Supreme Court disagreed with the district court's characterizations of the purpose behind the Executive Order at issue in that matter. The findings that the Supreme Court rejected on an expedited basis are also similar to the reasoning of the judges that have quashed the Government's subpoenas similar to the one at issue in this matter.

The Supreme Court's decision is attached as Exhibit A, and the district court's ruling is attached as Exhibit B.

Dated this 10th day of November, 2025.

        Respectfully submitted,

        **FOR THE UNITED STATES OF AMERICA**

        BRETT SHUMATE
        Assistant Attorney General
        JORDAN C. CAMPBELL
        Deputy Assistant Attorney General

        LISA K. HSIAO
        Acting Director

        */s/ Patrick R. Runkle*
        ROSS S. GOLDSTEIN
        PATRICK R. RUNKLE
        Assistant Directors
        SCOTT B. DAHLQUIST
        Trial Attorney

        United States Department of Justice
        Enforcement and Affirmative Litigation Branch
        P.O. Box 386
        Washington, DC 20044
        Tel:   202-532-4723
        Fax:   202-514-8742
        patrick.r.runkle@usdoj.gov

-3-

## CERTIFICATE OF SERVICE

I hereby certify that on November 10, 2025, I served the foregoing Notice of Supplemental Authority via ECF to counsel of record.

Dated this 10th day of November 2025.

                                            _/s/ Patrick Runkle_
                                            PATRICK RUNKLE