IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: 2025 UPMC Subpoena | No. 2:25 Misc. 1069 (CB) |

### MOTION FOR ADMISSION *PRO HAC VICE* OF ROBERT A. ZINK

Robert A. Zink, undersigned counsel for Proposed *Amicus Curiae* UPMC Children's Hospital of Pittsburgh, hereby moves that Robert A. Zink be admitted to appear and practice in this Court in the above-captioned matter as counsel *pro hac vice* for Proposed *Amicus Curiae* UPMC Children's Hospital of Pittsburgh pursuant to LCvR 83.2 and LCvR 83.3, LCrR 83.2 and this Court's Standing Order Regarding *Pro Hac Vice* Admissions dated May 31, 2006 (Misc. No. 06-151).

In support of this motion, undersigned counsel attaches the Declaration of Robert A. Zink in Support of Motion for Admission *Pro Hac Vice* filed herewith, which, it is averred, satisfies the requirements of the foregoing Local Rules and Standing Order.

Dated:  November 25, 2025

Respectfully submitted,

By:  /s/  Robert A. Zink
Robert A. Zink
1300 I Street NW
Washington, DC 20005
(202) 538-8000
robertzink@quinnemanuel.com

**CERTIFICATE OF SERVICE**

      I hereby certify that, on November 25, 2025, I caused the foregoing Motion for Admission *Pro Hac Vice* of Robert A. Zink to be served on all parties of record via ECF.

    /s/ Robert A. Zink
Robert A. Zink