IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: 2025 UPMC Subpoena | No. 2:25 Misc. 1069 (CB) |

### DECLARATION OF ROBERT A. ZINK IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

I, Robert A. Zink, declare pursuant to 28 U.S.C. § 1746:

1. I am a Partner of the law firm Quinn Emanuel Urquhart & Sullivan, LLP, counsel to Proposed *Amicus Curiae* UPMC Children's Hospital of Pittsburgh. I submit this declaration in support of my motion to appear *pro hac vice* in this matter pursuant to LCvR 83.2 and LCvR 83.3, LCrR 83.2 and this Court's Standing Order Regarding *Pro Hac Vice* Admissions dated May 31, 2006 (Misc. No. 06-151).

2. My business address is 1300 I St. NW, Washington, DC 20005.

3. I am a member in good standing of the bars of the District of Columbia and the State of New York.

4. My bar identification number for the District of Columbia is 502694 and for the State of New York is 4421830.

5. A current certificate of good standing from the Bar of the District of Columbia is attached to this Declaration as Exhibit A.

6. I have not been the subject of any disciplinary proceedings concerning the practice of law.

7. I attest that I am a registered user of ECF in the United States District Court for the Western District of Pennsylvania.

1

2

8. I attest that I have read, know and understand the Local Rules of Court for the United States District Court for the Western District of Pennsylvania.

9. Based upon the foregoing, I respectfully request that I be granted *pro hac vice* admission in this matter.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: November 25, 2025                                  /s/ Robert A. Zink

# EXHIBIT A



On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that

# Robert A Zink

was duly qualified and admitted on February 9, 2007 as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, an Active member in good standing of this Bar.

*In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on November 04, 2025.*

*JULIO A. CASTILLO*
*Clerk of the Court*

*Issued By:*

*David Chu - Director, Membership*
*District of Columbia Bar Membership*

For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.