IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: 2025 UPMC Subpoena | No. 2:25 Misc. 1069 (CB) |

**[PROPOSED] ORDER GRANTING MOTION FOR ADMISSION
<u>*PRO HAC VICE*</u> OF ROBERT A. ZINK**

Upon consideration of the Motion for Admission *Pro Hac Vice* of Attorney Robert A. Zink, counsel for Proposed *Amicus Curiae* UPMC Children's Hospital of Pittsburgh, it is hereby **ORDERED** that the Motion is **GRANTED** and that Attorney Robert A. Zink is admitted *pro hac vice* to represent Proposed *Amicus Curiae* UPMC Children's Hospital of Pittsburgh in this action.

**SIGNED** on this ____ day of _____, 2025.

_____
THE HONORABLE CATHY BISSOON
UNITED STATES DISTRICT JUDGE