**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

|  |  |
|---|---|
| In re: 2025 UPMC Subpoena | No. 2:25 Misc. 1069 (CB) |

## MOTION FOR ADMISSION *PRO HAC VICE* OF DANIEL R. KOFFMANN

Daniel R. Koffmann, undersigned counsel for Proposed *Amicus Curiae* UPMC Children's Hospital of Pittsburgh, hereby moves that Daniel R. Koffmann be admitted to appear and practice in this Court in the above-captioned matter as counsel *pro hac vice* for Proposed *Amicus Curiae* UPMC Children's Hospital of Pittsburgh pursuant to LCvR 83.2 and LCvR 83.3, LCrR 83.2 and this Court's Standing Order Regarding *Pro Hac Vice* Admissions dated May 31, 2006 (Misc. No. 06-151).

In support of this motion, undersigned counsel attaches the Declaration of Daniel R. Koffmann in Support of Motion for Admission *Pro Hac Vice* filed herewith, which, it is averred, satisfies the requirements of the foregoing Local Rules and Standing Order.

Dated:  November 25, 2025

Respectfully submitted,

By:  /s/  Daniel R. Koffmann
Daniel R. Koffmann
Quinn Emanuel Urquhart & Sullivan, LLP
295 Fifth Avenue
New York, NY 10016
(212) 849-7000
danielkoffmann@quinnemanuel.com

## CERTIFICATE OF SERVICE

I hereby certify that, on November 25, 2025, I caused the foregoing Motion for Admission

*Pro Hac Vice* of Daniel R. Koffmann to be served on all parties of record via ECF.


 /s/ Daniel R. Koffmann
Daniel R. Koffmann