IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: 2025 UPMC Subpoena | No. 2:25 Misc. 1069 (CB) |

**DECLARATION OF DANIEL R. KOFFMANN IN SUPPORT OF
MOTION FOR ADMISSION *PRO HAC VICE***

I, Daniel R. Koffmann, declare pursuant to 28 U.S.C. § 1746:

1. I am a Partner of the law firm Quinn Emanuel Urquhart & Sullivan, LLP, counsel to Proposed *Amicus Curiae* UPMC Children's Hospital of Pittsburgh. I submit this declaration in support of my motion to appear *pro hac vice* in this matter pursuant to LCvR 83.2 and LCvR 83.3, LCrR 83.2 and this Court's Standing Order Regarding *Pro Hac Vice* Admissions dated May 31, 2006 (Misc. No. 06-151).

2. My business address is 295 Fifth Ave., New York, New York 10016.

3. I am a member in good standing of the bars of the Supreme Court of the United States, the United States Courts of Appeals for the Second, Fourth, and Ninth Circuits, the United States District Courts for the Southern and Eastern Districts of New York and the Central and Northern Districts of California, and the States of New York and California.

4. My bar identification number for the State of New York is 5188478; and for the State of California is 344379; and for the Southern and Eastern Districts of New York is DK1000.

5. A current certificate of good standing from the Southern District of New York is attached to this Declaration as Exhibit A.

6. I have not been the subject of any disciplinary proceedings concerning the practice of law.

1

7.  I attest that I am a registered user of ECF in the United States District Court for the Western District of Pennsylvania.

8.  I attest that I have read, know, and understand the Local Rules of Court for the United States District Court for the Western District of Pennsylvania.

9.  Based upon the foregoing, I respectfully request that I be granted admission *pro hac vice* in this matter.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  November 25, 2025               /s/ Daniel R. Koffmann

# EXHIBIT A

# United States District Court
## Southern District of New York

### Certificate of Good Standing

I, *Tammi M. Hellwig*, Clerk of Court, Certify that

    DANIEL R. KOFFMANN    , Bar #    DK1000

was duly admitted to practice in the Court on

April 3, 2014

and is in good standing as a member of the Bar of this Court

Dated at    500 Pearl St.    On    November 24, 2025
New York, New York

Tammi M. Hellwig    By    s/ R. Juliano
Clerk of Court               Deputy Clerk