IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: 2025 UPMC Subpoena | No. 2:25 Misc. 1069 (CB) |

### [PROPOSED] ORDER GRANTING MOTION FOR ADMISSION *PRO HAC VICE* OF DANIEL R. KOFFMANN

Upon consideration of the Motion for Admission *Pro Hac Vice* of Attorney Daniel R. Koffmann, counsel for Proposed *Amicus Curiae* UPMC Children's Hospital of Pittsburgh, it is hereby **ORDERED** that the Motion is **GRANTED** and that Attorney Daniel R. Koffmann is admitted *pro hac vice* to represent Proposed *Amicus Curiae* UPMC Children's Hospital of Pittsburgh in this action.

**SIGNED** on this \_\_\_\_ day of _____, 2025.

_____
THE HONORABLE CATHY BISSOON
UNITED STATES DISTRICT JUDGE