IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: 2025 UPMC Subpoena | No. 2:25 Misc. 1069 (CB) |

**UNOPPOSED MOTION OF UPMC CHILDREN'S HOSPITAL
OF PITTSBURGH FOR LEAVE TO FILE BRIEF AS *AMICUS CURIAE***

UPMC Children's Hospital of Pittsburgh ("UPMC Children's") respectfully submits this motion for leave to file the attached brief as *amicus curiae*. UPMC Children's has conferred with counsel for Movants A.A., B.B., C.C., and D.D., and counsel for the government, both of whom do not oppose UPMC Children's motion to file an *amicus* brief. In support of the motion, UPMC Children's states the following:

1. UPMC Children's is a leader in the treatment of childhood conditions and diseases, a pioneer in the development of new and improved therapies, and a top educator of the next generation of pediatricians and pediatric subspecialists.

2. On July 11, 2025, the government served UPMC Children's with a subpoena duces tecum pursuant to 18 U.S.C. § 3486 (the "Subpoena"). *See* United States' Opposition to Motion to Quash at 4 (Dkt. No. 27).

3. On September 24, 2025, Movants commenced this action by filing a Motion to Quash certain portions of the Subpoena—specifically, requests 11, 12, and 13, as well as any other request to the extent that it would require the "production of the identities or health information of patients and their parents or guardians." *See* Motion to Quash (Dkt. No. 1).

4. As a result, this litigation will affect the legal rights and obligations of UPMC Children's as the recipient of the Subpoena. UPMC Children's thus has an interest in providing the Court with information that UPMC Children's believes may be relevant to the Court's resolution of the pending Motion to Quash.

5. The Court has "broad discretion" to determine whether an *amicus curiae* would assist the Court in a given matter, and it "may grant leave to appear as an amicus if the information offered is timely and useful." *Waste Mgmt. of Pa. v. City of York*, 162 F.R.D. 34, 36 (M.D. Pa. 1995).[1] "[P]ermitting persons to appear in court … as friends of the court … may be advisable where third parties can contribute to the court's understanding of the consequences of the action before the court." *Pasha Auto Warehousing v. Phila. Reg'l Port Auth*, No. 96 Civ. 6679, 1997 U.S. Dist. Lexis 20511, at *22–*23 (E.D. Pa. Dec. 24, 1997); *accord Harris v. Pernsley*, 820 F.2d 592, 603 (3d Cir. 1987). That is especially true where, as here, a proposed *amicus* can address "the impact a potential holding might have." *Neonatology Assoc., Inc. v. Comm'r of Internal Rev.*, 293 F.3d 128, 132 (3d Cir. 2002) (Alito, J.).

6. UPMC Children's respectfully submits that the proposed *amicus* brief will assist the Court in its resolution of the pending Motion to Quash. The proposed *amicus* brief does not seek to submit legal argument. Rather, it seeks to provide information about the status of UPMC Children's compliance with the Subpoena that the Court may find relevant as it considers the Motion to Quash.

7. Neither Movants nor the government opposes this motion.

---

[1] Unless otherwise indicated, this motion omits internal quotation marks, citations, alterations, and omissions from legal citations.

8.      To assist the Court in determining whether to grant UPMC Children's leave to file an *amicus* brief, UPMC Children's has enclosed its proposed brief as an exhibit to this motion, along with a proposed order.

WHEREFORE, UPMC Children's Hospital of Pittsburgh respectfully requests that the Court grant leave for it to file the attached brief as *amicus curiae*.

Dated:  November 25, 2025                                         Respectfully submitted,

                                                                  **QUINN EMANUEL URQUHART
                                                                  & SULLIVAN, LLP**

                                                          By:     /s/  *Robert A. Zink*
                                                                  Robert A. Zink*
                                                                  Bar No. 502694 (District of Columbia)
                                                                  1300 I Street NW
                                                                  Washington, DC 20005
                                                                  (202) 538-8000
                                                                  robertzink@quinnemanuel.com

                                                                  Daniel R. Koffmann*
                                                                  Bar No. 5188487 (New York)
                                                                  295 Fifth Avenue
                                                                  New York, NY 10016
                                                                  (212) 849-7000
                                                                  danielkoffmann@quinnemanuel.com

                                                                  * Motions for admission *pro hac vice* pending

                                                                  *Counsel for Proposed* Amicus Curiae
                                                                  *UPMC Children's Hospital of Pittsburgh*

## CERTIFICATE OF SERVICE

      I hereby certify that, on November 25, 2025, I caused the foregoing Motion for Leave to File Brief as *Amicus Curiae* to be served on all parties of record by ECF and by email to:

Patrick R. Runkle
Ross S. Goldstein
Steven R. Scott
United States Department of Justice
Enforcement & Affirmative Litigation Branch
1100 L. Street NW
Washington, DC 20530
patrick.r.runkle@usdoj.gov
ross.goldstein@usdoj.gov
steven.r.scott@usdoj.gov

Mary M. McKenzie
Daniel Urevick-Ackelsberg
Meghan Binford
Olivia Mania
PUBLIC INTEREST LAW CENTER
2 Penn Center
1500 JFK Blvd., Suite 802
Philadelphia, PA 19102
mmckenzie@pubintlaw.org
dackelsberg@pubintlaw.org
mbinford@pubintlaw.org
omania@pubintlaw.org

Jill E. Steinberg
J. Chesley Burruss
Kevin M. Hayne
Elizabeth A. Lilly
BALLARD SPAHR LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103
steinbergj@ballardspahr.com
burrussc@ballardspahr.com
haynek@ballardspahr.com
lillye@ballarspahr.com

Colin J. Callahan
FLANNERY GEORGALIS
436 Seventh Avenue
Koppers Building, Ste. 2100
Pittsburgh, PA 15219
ccallahan@flannerygeorgalis.com

  /s/ *Robert A. Zink*
  Robert A. Zink