IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: 2025 UPMC Subpoena | No. 2:25 Misc. 1069 (CB) |

<u>BRIEF OF PROPOSED *AMICUS CURIAE*
UPMC CHILDREN'S HOSPITAL OF PITTSBURGH</u>

**QUINN EMANUEL URQUHART
& SULLIVAN, LLP**

Robert A. Zink*
Bar No. 502694 (District of Columbia)
1300 I Street NW
Washington, DC 20005
(202) 538-8000
robertzink@quinnemanuel.com

Daniel R. Koffmann*
Bar No. 5188487 (New York)
295 Fifth Avenue
New York, NY 10016
(212) 849-7000
danielkoffmann@quinnemanuel.com

* Motions for admission *pro hac vice* pending

*Counsel for Proposed* Amicus Curiae *UPMC Children's Hospital of Pittsburgh*

UPMC Children's Hospital of Pittsburgh ("UPMC Children's") respectfully submits this brief to provide information that the Court might find relevant to its resolution of the Motion to Quash filed by A.A., B.B., C.C., and D.D. (*see* Dkt. No. 1).

## INTEREST OF UPMC CHILDREN'S

1. UPMC Children's is a leader in the treatment of childhood conditions and diseases, a pioneer in the development of new and improved therapies, and a top educator of the next generation of pediatricians and pediatric subspecialists.

2. On July 11, 2025, the government served UPMC Children's with a subpoena duces tecum pursuant to 18 U.S.C. § 3486 (the "Subpoena"). *See* United States' Opposition to Motion to Quash at 4 (Dkt. No. 27).

3. On September 24, 2025, Movants commenced this action by filing a Motion to Quash certain portions of the Subpoena—specifically, requests 11, 12, and 13, as well as any other request to the extent that it would require the "production of the identities or health information of patients and their parents or guardians." *See* Motion to Quash (Dkt. No. 1).

4. As a result, this litigation will affect the legal rights and obligations of UPMC Children's as the recipient of the Subpoena. UPMC Children's thus has an interest in providing the Court with information that UPMC Children's believes may be relevant to the Court's resolution of the pending Motion to Quash.

## BACKGROUND

5. In their motion, Movants seek an order quashing the Subpoena's requests for:

- Request 11: "Documents sufficient to identify each patient (by name, date of birth, social security number, address, and parent/guardian information) who was prescribed puberty blockers or hormone therapy."

- Request 12: "For each such patient identified in Subpoena specification 11, *supra*, documents relating to the clinical indications, diagnoses, or assessments that formed the basis for prescribing puberty blockers or hormone therapy."

- Request 13: "All documents relating to informed consent, patient intake, and parent or guardian authorization for minor patients identified in Subpoena specification 11, *supra*, including any disclosures about off-label use (*i.e.,* uses not approved by the United States Food and Drug Administration) and potential risks."

- Other: "Any and all other Requests enumerated in the Subpoena (Request 1 through Request 15) to the extent that such Requests or sub-Requests call for the production of the identities or health information of patients and their parents or guardians."

*See* Mot. to Quash (Dkt. No. 1).

6. The government opposes the Motion to Quash. *See* United States' Opposition (Dkt. No. 27).

7. To date, UPMC Children's has not disclosed to the government any information or other materials that are the subject of Movants' Motion to Quash.

8. On November 21, 2025, the Honorable Mark A. Kearny, United States District Judge for the Eastern District of Pennsylvania, issued an order regarding a subpoena duces tecum that the government had issued to a different children's hospital. That order struck requests that are identical to requests 11, 12, and 13 of the Subpoena. The order also granted leave to redact patient health information from materials subject to disclosure pursuant to other requests in the subpoena at issue in that case. *See* Order, *In re: Subpoena No. 25-1431-014*, No. 25 Misc. 39 (MAK) (E.D. Pa. Nov. 21, 2025) (Dkt. No. 44).

## POSITION OF UPMC CHILDREN'S

9. Before UPMC Children's produces any of the information that is the subject of the motion pending before this Court and in light of the order issued in *In re: Subpoena 25-1431-014*, UPMC Children's respectfully submits that the Court could alleviate the urgency of the pending Motion to Quash by staying (a) production of materials responsive to Requests 11, 12, and 13 of the Subpoena to UPMC Children's, along with (b) the production of any materials or information

2

containing the "identities or health information of patients and their parents or guardians" until the Court issues a decision on the pending Motion to Quash.

10. After the Court issues an order that states how the law applies to the Subpoena, UPMC Children's will, of course, tailor its response to the Subpoena to comply with this Court's order, any subsequent orders, and UPMC Children's other legal rights and obligations.

Dated: November 25, 2025

Respectfully submitted,

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**

By: /s/ *Robert A. Zink*
Robert A. Zink*
Bar No. 502694 (District of Columbia)
1300 I Street NW
Washington, DC 20005
(202) 538-8000
robertzink@quinnemanuel.com

Daniel R. Koffmann*
Bar No. 5188487 (New York)
295 Fifth Avenue
New York, NY 10016
(212) 849-7000
danielkoffmann@quinnemanuel.com

* Motions for admission *pro hac vice* pending

*Counsel for Proposed* Amicus Curiae
*UPMC Children's Hospital of Pittsburgh*

3