IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: 2025 UPMC Subpoena | 2:25 Misc. 1069 (CB) |

### [PROPOSED] ORDER GRANTING UNOPPOSED MOTION OF UPMC CHILDREN'S HOSPITAL OF PITTSBURGH TO FILE BRIEF AS *AMICUS CURIAE*

Before the Court is UPMC Children's Unopposed Motion for Leave to File *Amicus Curiae* Brief. Having reviewed the Motion, and for Good Cause shown, the Court finds that it should be and is hereby **GRANTED**.

Accordingly, it is hereby **ORDERED** that UPMC Children's *Amicus Curiae* Brief is hereby filed.

**SIGNED** on this \_\_\_\_ day of _____, 2025.

_____
THE HONORABLE CATHY BISSOON
UNITED STATES DISTRICT JUDGE