IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

In re: 2025 UPMC Subpoena

No. 2:25 Misc. 1069 (CB)

### CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Rule 7.1(A) of the Local Rules of the United States District Court for the Western District of Pennsylvania, and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, Proposed *Amicus Curiae* UPMC Children's Hospital of Pittsburgh ("UPMC Children's") hereby certifies that it is a Pennsylvania nonprofit corporation that is a wholly owned subsidiary of UPMC. UPMC is a Pennsylvania nonprofit corporation that has no parent corporation. No publicly traded company has an interest in UPMC Children's or UPMC. Debt securities and/or municipal bonds have been issued to the public that are currently outstanding in relation to UPMC (including under its prior name UPMC Health System), Pinnacle Health System, and Hanover Hospital.

Dated:  November 25, 2025

Respectfully submitted,

QUINN EMANUEL URQUHART
& SULLIVAN, LLP

By:  /s/  *Robert A. Zink*
Robert A. Zink*
Bar No. 502694 (District of Columbia)
1300 I Street NW
Washington, DC 20005
(202) 538-8000
robertzink@quinnemanuel.com

Daniel R. Koffmann*
Bar No. 5188487 (New York)
295 Fifth Avenue
New York, NY 10016
(212) 849-7000
danielkoffmann@quinnemanuel.com

* Motions for admission *pro hac vice* pending

*Counsel for Proposed* Amicus Curiae
*UPMC Children's Hospital of Pittsburgh*

## CERTIFICATE OF SERVICE

I hereby certify that, on November 25, 2025, I caused the foregoing Corporate Disclosure Statement to be served on all parties of record by ECF and by email to:

Patrick R. Runkle
Ross S. Goldstein
Steven R. Scott
United States Department of Justice
Enforcement & Affirmative Litigation Branch
1100 L. Street NW
Washington, DC 20530
patrick.r.runkle@usdoj.gov
ross.goldstein@usdoj.gov
steven.r.scott@usdoj.gov

Mary M. McKenzie
Daniel Urevick-Ackelsberg
Meghan Binford
Olivia Mania
PUBLIC INTEREST LAW CENTER
2 Penn Center
1500 JFK Blvd., Suite 802
Philadelphia, PA 19102
mmckenzie@pubintlaw.org
dackelsberg@pubintlaw.org
mbinford@pubintlaw.org
omania@pubintlaw.org

Jill E. Steinberg
J. Chesley Burruss
Kevin M. Hayne
Elizabeth A. Lilly
BALLARD SPAHR LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103
steinbergj@ballardspahr.com
burrussc@ballardspahr.com
haynek@ballardspahr.com
lillye@ballarspahr.com

Colin J. Callahan
FLANNERY GEORGALIS
436 Seventh Avenue
Koppers Building, Ste. 2100
Pittsburgh, PA 15219
ccallahan@flannerygeorgalis.com

　/s/ *Robert A. Zink*
　Robert A. Zink