IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: 2025 UPMC Subpoena | Case No. 2:25-mc-01069-CB |

**MOTION TO WITHDRAW OF
JILL E. STEINBERG AS COUNSEL**

Pursuant to LR 83.2, attorney Jill E. Steinberg moves to withdraw as counsel in the above-captioned action. Attorney Steinberg is joining a company as in house counsel and departing the law firm Ballard Spahr effective December 12, 2025. Movants in this action remain represented by the below listed counsel at Ballard Spahr, Flannery Georgalis, and the Public Interest Law Center.

[Signature Block on Next Page]

Dated: December 12, 2025.

Respectfully submitted,

/s/ Jill E. Steinberg
Jill E. Steinberg* (PA 82127)
J. Chesley Burruss* (PA 331521)
Kevin M. Hayne* (NY 5967526)
Elizabeth A. Lilly* (PA 336185)
BALLARD SPAHR LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103
Tel: (215) 665-8500
Email: steinbergj@ballardspahr.com
Email: burrussc@ballardspahr.com
Email: haynek@ballardspahr.com
Email: lillye@ballardspahr.com

Colin J. Callahan (PA 328033)
FLANNERY GEORGALIS
436 Seventh Avenue
Koppers Building, Suite 2100
Pittsburgh, PA 15219
Tel: (412) 213-4246
Email: ccallahan@flannerygeorgalis.com

Mary M. McKenzie* (PA 47434)
Daniel Urevick-Ackelsberg* (PA 307758)
Meghan Binford* (PA 321212)
Olivia Mania* (PA 336161)
PUBLIC INTEREST LAW CENTER
2 Penn Center
1500 JFK Blvd., Suite 802
Philadelphia, PA 19102
Tel: (267) 546-1316
Email: mmckenzie@pubintlaw.org
Email: dackelsberg@pubintlaw.org
Email: mbinford@pubintlaw.org
Email: omania@pubintlaw.org

*Counsel for Movants*
**Admitted Pro Hac Vice*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this day the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which will automatically send an email notification of such filing to all counsel of record.

This 12th day of December 2025.

*/s/ Jill E. Steinberg*
Jill E. Steinberg

*Counsel for Movants*
