IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: 2025 UPMC Subpoena | Case No. 2:25-mc-01069-CB |

**PROPOSED ORDER GRANTING**
**JILL E. STEINBERG'S WITHDRAWAL AS COUNSEL FOR MOVANTS**

This matter comes before the Court on Jill E. Steinberg's Motion to Withdraw as counsel for Movants. Having reviewed the motion:

IT IS ORDERED that the motion is GRANTED, and Jill E. Steinberg of Ballard Spahr LLP is hereby withdrawn as counsel of record for Movants.

SIGNED this _____ day of _____, 2025.

_____
HON. JUDGE CATHY BISSOON
UNITED STATES DISTRICT JUDGE

#4936-0147-2385 v2