| | |
|---|---|
| **From:** | Daniel Koffmann |
| **To:** | Runkle, Patrick; Robert Zink |
| **Cc:** | Dahlquist, Scott B (CRM); Scott, Steven R (CRM); Goldstein, Ross (CRM); Gunn, David L (CRM) |
| **Subject:** | [EXTERNAL] RE: UPMC Children"s Subpoena -- Narrowing of Subpoena |
| **Date:** | Monday, December 15, 2025 4:41:03 PM |

Thanks Patrick – understood

**From:** Runkle, Patrick <Patrick.R.Runkle@usdoj.gov>
**Sent:** Monday, December 15, 2025 11:17 AM
**To:** Robert Zink <robertzink@quinnemanuel.com>; Daniel Koffmann <danielkoffmann@quinnemanuel.com>
**Cc:** Dahlquist, Scott B (CRM) <Scott.B.Dahlquist@usdoj.gov>; Scott, Steven R (CRM) <Steven.R.Scott@usdoj.gov>; Goldstein, Ross (CRM) <Ross.Goldstein@usdoj.gov>; Gunn, David L (CRM) <David.L.Gunn@usdoj.gov>
**Subject:** UPMC Children's Subpoena -- Narrowing of Subpoena

**[EXTERNAL EMAIL from patrick.r.runkle@usdoj.gov]**

Rob and Dan –

Thanks for the calls on Friday and today. As we discussed, the Government will accept fully anonymized data and records in full satisfaction of the outstanding UPMC subpoena. Do not produce any personally identifiable information of any patient, with the caveat that age of an anonymous patient, or year of birth of an anonymous patient, can be provided. Please confirm receipt and understanding of this narrowing of the subpoena.

Best,
Patrick