# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: 2025 UPMC SUBPOENA | MISCELLANEOUS ACTION <br><br> Case No. 2:25-mc-1069-CB |

## [PROPOSED] ORDER ON MOTION FOR SUPPLEMENTAL BRIEFING

Upon due consideration of the Government's motion for supplemental briefing, it is hereby adjudged that the motion is GRANTED. The Government's supplemental brief is due on December 23, 2025, and the plaintiffs' supplemental brief (if any) is due on January 12, 2026.

_____
HONORABLE CATHY BISSOON
Chief District Judge