UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: UPMC Subpoena | 2:25-mc-01069-CB |

## MOTION FOR ADMISSION *PRO HAC VICE* OF MICHAEL P. ROBOTTI

Michael P. Robotti, undersigned counsel for

- Parent A.A., on their own behalf and on behalf of Child A.A.,
- Parent B.B., on their own behalf and on behalf of Child B.B.,
- Parent C.C., on their own behalf and on behalf of Child C.C.,
- Parent D.D., on their own behalf,
- and Child D.D., a former minor,

("Movants") hereby moves to be admitted to appear and practice in this Court in the above-captioned matter as counsel *pro hac vice* for Movants, pursuant to Local Civil Rules of Court 83.2 and 83.3, and this Court's Standing Order Regarding *Pro Hac Vice* Admissions dated May 31, 2006 (Misc. No. 06-151).

In support of this motion, undersigned counsel attaches his Affidavit for Admission *Pro Hac Vice* filed herewith, which, it is averred, satisfies the requirements of the foregoing Local Rules and Standing Order.

Dated: January 9, 2026

Respectfully Submitted,

By: */s/ Michael P. Robotti*
Michael P. Robotti (NY 4718532)
BALLARD SPAHR, LLP
1675 Broadway, 19th Floor
New York, NY 10019-5820
Telephone: 212.223.0200
Facsimile: 212.223.1942
Email: robottim@ballardspahr.com

*Counsel for Movants*

## CERTIFICATE OF SERVICE

I, Michael P. Robotti, hereby certify that on the 9th of January, 2026, I caused the foregoing document to be filed electronically with this Court, where it is available for viewing and downloading from the Court's ECF system by the Court and all parties.

*/s/ Michael P. Robotti*
Michael P. Robotti

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE: UPMC Subpoena** | 2:25-mc-01069-CB |

**AFFIDAVIT OF MICHAEL P. ROBOTTI IN SUPPORT OF**
**MOTION FOR ADMISSION *PRO HAC VICE***

I, Michael P. Robotti, make this Affidavit in support of the motion for my admission to appear and practice in this Court in the above-captioned matter as counsel *pro hac vice* for

- Parent A.A., on their own behalf and on behalf of Child A.A.,
- Parent B.B., on their own behalf and on behalf of Child B.B.,
- Parent C.C., on their own behalf and on behalf of Child C.C.,
- Parent D.D., on their own behalf,
- and Child D.D., a former minor,

("Movants") pursuant to Local Civil Rules of Court 83.2 and 83.3, and the Court's Standing Order Regarding *Pro Hac Vice* Admissions dated May 31, 2006 (Misc. No. 06-151).

I, Michael P. Robotti, hereby declare as follows:

1. I am a partner with the law firm Ballard Spahr LLP.

2. My business address is Ballard Spahr, LLP, 1675 Broadway, 19th Floor, New York, NY 10019.

3. I am a member in good standing of the bars of the State of New York, the U.S. District Court for the Southern District of New York, the U.S. District Court for the Eastern District of New York, the U.S. Court of Appeals for the Second Circuit, and the Supreme Court of the United States. My bar identification number is 4718532.

4. A certificate of good standing from the New York State Bar is attached to

this Affidavit as Exhibit A.

5. I have not been the subject of any disciplinary proceedings concerning the practice of law.

6. I attest that I am a registered user of CM/ECF in the United States District Court for the Western District of Pennsylvania.

7. I attest that I have read, know, and understand the Local Rules of Court for the United States District Court for the Western District of Pennsylvania.

8. Based upon the foregoing, I respectfully request that I be granted *pro hac vice* admission in this matter.

I hereby declare under penalty of perjury that the foregoing statements made by me are true and correct to the best of my knowledge. I am aware that if any of the foregoing statements made by me are false, I am subject to punishment.

Dated: January 9, 2026

Respectfully Submitted,

By: */s/ Michael P. Robotti*
Michael P. Robotti (NY 4718532)
BALLARD SPAHR, LLP
1675 Broadway, 19th Floor
New York, NY  10019-5820
Telephone: 212.223.0200
Facsimile: 212.223.1942
Email: robottim@ballardspahr.com

*Counsel for Movants*

2

# Exhibit A



*Appellate Division of the Supreme Court*
*of the State of New York*
*First Judicial Department*

---

I, Susanna M. Rojas, Clerk of the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, do hereby certify that

## Michael Patrick Robotti

was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on **May 1, 2009**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Office of Court Administration, and according to the records of this Court is currently in good standing as an Attorney and Counselor-at-Law.



In Witness Whereof, I have hereunto set my hand in the City of New York on January 9, 2026.

*Clerk of the Court*

CertID-00268090



# Supreme Court of the State of New York
## Appellate Division, First Department

**DIANNE T. RENWICK**
PRESIDING JUSTICE

**SUSANNA MOLINA ROJAS**
CLERK OF THE COURT

**MARGARET SOWAH**
DEPUTY CLERK OF THE COURT

**DOUGLAS C. SULLIVAN**
DEPUTY CLERK OF THE COURT

To Whom It May Concern

     An attorney admitted to practice by this Court may request a certificate of good standing, which is the only official document this Court issues certifying to an attorney's admission and good standing.

     An attorney's registration status, date of admission and disciplinary history may be viewed through the attorney search feature on the website of the Unified Court System.

     New York State does not register attorneys as active or inactive.

     An attorney may request a disciplinary history letter from the Attorney Grievance Committee of the First Judicial Department.

     Bar examination history is available from the New York State Board of Law Examiners.

     Instructions, forms and links are available on this Court's website.

Susanna Rojas
Clerk of the Court

Revised October 2020

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: UPMC Subpoena | 2:25-mc-01069-CB |

**[PROPOSED] ORDER GRANTING MOTION FOR ADMISSION *PRO HAC VICE* OF MICHAEL P. ROBOTTI**

Upon consideration of the Motion for Admission *Pro Hac Vice* of Attorney Michael P. Robotti, counsel for

- Parent A.A., on their own behalf and on behalf of Child A.A.,
- Parent B.B., on their own behalf and on behalf of Child B.B.,
- Parent C.C., on their own behalf and on behalf of Child C.C.,
- Parent D.D., on their own behalf,
- and Child D.D., a former minor,

("Movants"), it is hereby ORDERED that the Motion is GRANTED and that Attorney Michael P. Robotti is admitted *pro hac vice* to represent Movants in this action.

Dated: _____

_____
HONORABLE CATHY BISSOON

UNITED STATES DISTRICT JUDGE