**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE: 2025 UPMC SUBPOENA

Civil Action No. 2:25-mc-01069-CB

**MOTION FOR LEAVE TO FILE AMICUS BRIEF IN OPPOSITION TO
"ANONYMIZED" PRODUCTIONS OF PATIENT RECORDS**

Proposed Amici Curiae Josh Shapiro in his official capacity as Governor of Pennsylvania, the Commonwealth of Massachusetts, and other states (together, "Amici"), respectfully move for leave to file an amicus brief in opposition to the motion by the U.S. Department of Justice (Doc. 47) seeking to allow UPMC to produce undefined "anonymized" patient records under the authority of the above-captioned subpoena.

The proposed amicus brief, which does not exceed 25 pages consistent with the limits set on briefs by Section II.C. of this Court's Practices and Procedures, is attached as **Exhibit 1.** Amici file this proposed brief pursuant to the cross-briefing schedule on the matter of potential anonymized productions ordered by the Court on December 24, 2025. Doc. 52 at 6.

District courts have "inherent authority" to grant the filing of amicus briefs. *Liberty Res., Inc. v. Philadelphia Hous. Auth.*, 395 F. Supp. 2d 206, 209 (E.D. Pa. 2005); *accord In re Nazi Era Cases Against German Defendants Litig.*, 153 F. App'x 819, 827 (3d Cir. 2005). Amicus briefs are "especially proper" when "an issue of general public interest is at stake" or where amicus briefs "will ensure a complete and plenary presentation of difficult issues." *Liberty Res., Inc.*, 395 F. Supp. 2d at 209 (cleaned up).

Amici are sovereign states with an interest in the regulation of the practice of medicine within their own borders, including by licensing doctors and other medical professionals,

implementing standards of care for a wide variety of medical procedures and treatments, and enforcing those standards and other related regulations. This includes the provision of medically necessary gender-affirming care for youth under 19.

Amici support UPMC patients' effort to limit the subpoena served by DOJ because it demands highly confidential patient information without justification; it threatens to interfere with the doctor-patient relationship; it seeks to intimidate medical providers from offering critical, medically necessary health care; and it rests on a flawed legal justification that would intrude on the States' authority to regulate the practice of medicine within their borders. These flaws are not cured by permitting an undefined and purportedly "anonymized" production about a small class of minor patients receiving specialized medical care who have been the subject of significant targeting and discrimination by government actors and the public more broadly.

The proposed brief will assist the Court in its consideration of the pending motion because Amici can speak to the harm DOJ's improper investigations will inflict on them and their residents. Many Amici have already sought to enjoin the unlawful and improper campaign by DOJ to intimidate providers of gender-affirming care to abandon their patients. *See Massachusetts v. Trump*, 25-cv-12162 (D. Mass.) (Aug. 1, 2025). In addition, DOJ has taken an expansive and harmful view of the Food Drug and Cosmetic Act (FDCA) that is contrary to settled law and could subject research and medical institutions in Amici States to significant liability. Amici, their medical institutions, and their transgender residents will all be harmed if DOJ is permitted to continue to harass and improperly investigate medical providers with the express intent of eliminating medically necessary gender-affirming care. Further, the expansive and unprecedented expansion in the theory of liability under the FDCA could subject research and medical institutions in Amici to considerable consequences.

Counsel for Amici have conferred with counsel of record for the parties in this case. Counsel for UPMC patient movants consent to Amici's motion for leave to file an amicus brief. Counsel for the United States stated that they take no position on Amici's motion.

For these reasons, Amici respectfully request that the Court grant this motion and docket the attached amicus brief.

DATE: January 16, 2026

Respectfully submitted,

JENNIFER SELBER
  *General Counsel of the Commonwealth of Pennsylvania*
MICHAEL J. FISCHER
  *Executive Deputy General Counsel*

/s/ Aimee D. Thomson
_____
AIMEE D. THOMSON
  *Deputy General Counsel*
Governor's Office of General Counsel
30 N. 3rd St., Suite 200
Harrisburg, PA 17101
Tel.: (223) 234-4986
aimeethomson@pa.gov

*Attorneys for Governor Josh Shapiro*