# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: 2025 UPMC SUBPOENA | Civil Action No. 2:25-mc-01069-CB |

### [PROPOSED] ORDER

**AND NOW**, this ___ day of _____, 20__, upon consideration of the Motion (Doc. ___) filed by Proposed Amici Curiae Josh Shapiro in his official capacity as Governor of Pennsylvania, the Commonwealth of Massachusetts, and other states (together, "Amici"), for leave to file an amicus brief in opposition to potential anonymized productions as envisioned in the motion by the U.S. Department of Justice (Doc. 47), and for good cause shown, it is **ORDERED** that Proposed Amici's Motion (Doc. ___) is **GRANTED**. The Clerk is directed to file of record the amici curiae brief attached to the Motion (Doc. ___).

_____
Cathy Bissoon
Chief United States District Judge