IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: 2025 UPMC Subpoena | 2:25 Misc. 1069 (CB) |

**[PROPOSED] ORDER**

Before the Court is Movants A.A., B.B., C.C., and D.D.'s Motion to Quash the subpoena issued to UPMC Children's Hospital of Pittsburgh ("UPMC Children's") (Doc. 1). Having reviewed the Motion and Brief in Support (Doc. 2), the government's Brief in Opposition (Doc. 27), UPMC Children's Brief as *Amicus Curiae* (Doc. 40-1), the parties' Notices of Supplemental Authority (Docs. 33, 36, 37, 48, 49, and 51), the government's Motion for Supplemental Briefing (Doc. 47), and the government's, Movants', and UPMC Children's Briefs in Response to the Court's December 24, 2025 Order, the Court hereby:

1.  **ORDERS** UPMC Children's to redact patient health information and personally identifiable information pursuant to 45 C.F.R. § 164.514(b)(2) from any materials produced in response to the subpoena; and

2.  **GRANTS LEAVE** to UPMC Children's to seek further relief from the Court if redaction, or any other aspect of compliance with the subpoena, would be unduly burdensome or otherwise contrary to law, or any other dispute arises regarding UPMC Children's compliance with the subpoena that cannot be resolved through good-faith negotiations among the parties.

IT IS SO ORDERED.

**SIGNED** on this ___ day of _____, 2026    _____
                                             THE HONORABLE CATHY BISSOON
                                             CHIEF UNITED STATES DISTRICT JUDGE