UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: 2025 UPMC SUBPOENA

MISCELLANEOUS ACTION

Case No. 2:25-mc-1069-CB

**PROPOSED ORDER**

Whereas the Government has agreed with UPMC counsel that the subpoena will be fully satisfied by production of only de-identified records, so that no individual patient will be identified to the Government;

Whereas the Government has committed to inform the plaintiffs if it seeks to obtain their unredacted medical records via another HIPAA subpoena;

Whereas the Court recognizes that UPMC will allow the plaintiffs, if they so choose, to see the de-identified versions of their own medical records (and any other documents that have been de-identified that mention the plaintiffs) at least 14 days prior to UPMC turning those documents over to the Government, and will reasonably address any concerns about the de-identification of the plaintiffs' records.

Based on these recitations, the Court finds that this action is now moot and DISMISSES it without prejudice for lack of jurisdiction.  The Court therefore VACATES its prior order entered on December 24, 2025.  UPMC is permitted to comply with all specifications of the subpoena in full, and the subpoena is MODIFIED based on the Government's agreement with UPMC so that all patient-related information provided pursuant to this subpoena is fully de-identified pursuant to the relevant HIPAA de-identification procedures.

-2-

Dated:

                                                  _____
HONORABLE CATHY BISSOON
Chief United States District Judge