# Exhibit A

Declaration of Colleen M. Krajewski, M.D., M.P.H.

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re 2025 UPMC Subpoena | Civil Action No. 2:25-mc-01069-CB |

**DECLARATION OF COLLEEN KRAJEWSKI, M.D., M.P.H.**

**Background**

1. My name is Dr. Colleen Krajewski. I am currently the Director of Transgender Gynecology at Allegheny Health Network. I am a Pennsylvania-licensed physician certified by the American Board of Obstetrics and Gynecology with a subspecialty certification in Complex Family Planning. I received my Doctor of Medicine (M.D.) from the University of Pittsburgh, my Master of Public Health (M.P.H.) from Johns Hopkins University, and completed my residency at the Cleveland Clinic.

2. Between 2013 and 2022, I was an Assistant Professor of Obstetrics and Gynecology at the University of Pittsburgh School of Medicine and a physician at the University of Pittsburgh Medical Center ("UPMC"), where on a weekly basis I treated children seeking gender affirming care in UPMC Children's Hospital of Pittsburgh's Gender and Sexual Development Program ("Gender Clinic" or "Clinic"). In the nine years I worked at UPMC, I estimate I treated between five and ten Gender Clinic patients a week.

3. Having created medical records for their files, and having extensively reviewed the medical files themselves, I am familiar with the types of information that exist in the medical records of the Clinic's patients who were receiving hormone therapy or puberty blockers.

**The Medical Records of Gender Clinic Patients**

4. The information contained in the medical records of patients at the Gender Clinic is so detailed as to make the patient identifiable, even if information like their name, address, and date of birth were redacted. This concern is particularly true given the relatively small percentage of the population that identify as transgender.

5. The medical records include not only a patient's legal name, but their preferred name. During and after an appointment with a patient, the provider records physical descriptions of their patient including height, weight (including any recent fluctuations), and presence or absence of any facial hair and body hair, as well as intimate details about the patients' pubertal development, including whether they are menstruating and/or the developmental stage of their sex organs. Also recorded are any physical symptoms the child has, which sometimes are outwardly observable, any medical condition the child has, medical procedures they may have undergone, any medication they are prescribed, whether they see other medical or mental health providers, the names of those providers, how long they have been a patient, and the frequency of their visits.

6. Often, the records will contain identifiable details about the patient's close family, including names and even physical descriptions of parents and siblings, how many parents a patient has, the parents' ages, genders, and marital status, ages and genders of siblings, and the medical conditions of both nuclear and extended family members.

7. Pediatric and adolescent medicine providers—especially at the Gender Clinic—are interested, from a medical perspective, in the social aspects of a patient's life and to that end will ask detailed questions about family and peer dynamics.

8. The records often contain the name of the patient's school and their current grade level, as well as that of their siblings, and whether they have recently changed schools or will be doing so in the future. Providers will ask about and record whether a child is designated as receiving special education services, the type of extracurricular activities a patient is involved in, and even whether they have an upcoming or recent recital, performance, or game, as well as a patient's hobbies and any possible volunteer work they do. Whether a patient has a pet at home is often recorded. While many Gender Clinic patients reside in Pittsburgh, others travel for treatment from the surrounding cities and small towns in Western Pennsylvania, where these granular details make them even more easily identifiable.

9. Providers also inquire into topics like bullying or harassment as well as sexual activity and sexual health, and patients sometimes disclose identifying information about their sexual partners or other children in their orbit, like classmates, teammates, or neighbors.

10. The records can capture further details that would make a patient and their family identifiable, such as a family's affiliation with any community groups or their religious affiliation, details about the parents' employment, and sibling dynamics.

11. Taken together, even without information like names, addresses, and dates of birth, a person reviewing these medical records could craft such a richly detailed profile of a child that it would be easy to ascertain the child's identity.

12. Additionally, due to the nature of the patients' condition and the treatment sought, the records contain very deeply personal information about the child's physical and mental health.

13. To understand and properly address the often-complicated feelings a patient has related to their gender, treatment at the Gender Clinic includes robust mental health services. For

example, in addition to seeing medical doctors, many patients and their families also have appointments with therapists and social workers throughout the course of their treatment to further explore and treat mental health issues.

14. Additionally, patients' mental health and physical health are often intertwined. Physical health providers routinely consider and document aspects of patients' mental health and mental health providers consider and document aspects of physical health. This interplay is important to delivering comprehensive care to patients.

15. The private topics discussed with medical and mental health providers are often in response to probing questions and may not have been disclosed in other settings. As a provider to patients in the Gender Clinic, I attempted to foster an atmosphere where patients would feel safe sharing their private thoughts and feelings.

16. I took particular care to explain patient confidentiality to young patients, who are not as familiar with its meaning and implications, because patient trust is crucial to building rapport and obtaining the details required to effectively provide comprehensive care to patients at the Gender Clinic.

17. A patient's first visit to the Clinic includes a psychological assessment completed with both the patient and their parents or legal guardians. This appointment involves a thorough review of a patient's health and mental health history from early childhood.

18. This intake appointment elicits extremely sensitive information about the child's inner life, which is recorded in their medical records. Patient and provider discuss in detail whether a patient is experiencing or has experienced mental health issues like anxiety, depression, obsessive thoughts, disordered eating, trauma, or suicidal ideation, as well as any factors that may have contributed to those feelings.

19. Providers also ask about a patient's sexual history, including whether they are sexually active, whether they use contraception or other forms of protection against STIs, what thoughts and feelings they have about fertility and becoming a parent, and whether they have engaged in substance use or abuse.

20. Providers follow up about these kinds of issues with their patients at every appointment, leaving a patient's complete medical record rife with material about their innermost thoughts and feelings about their bodies, sexuality, peer relations, and family dynamics, among other private topics.

21. For all the above reasons, I believe that disclosure of a patient's private medical records without information like names, dates of birth, or addresses would still make the patient identifiable and would reveal the most sensitive and private information conceivable about their mental and physical health.

22. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: 1/15/2026        Signed: *Colleen Krajewski* (DocuSigned)

Colleen Krajewski, M.D., M.P.H.