UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re 2025 UPMC Subpoena | Civil Action No. 2:25-mc-01069-CB |

**[PROPOSED] ORDER**

AND NOW, this _____ day of _____, 2026, and in consideration of the filings before the Court, and this Court's December 24, 2025 ruling, the Court **ORDERS** the following:

1. Subpoena Requests 11-13 **REMAIN QUASHED**, consistent with this Court's December 24, 2025 Order.

2. Patients' Motion to Quash Subpoena Requests 1-10 and 14-15 is **GRANTED IN PART**, as follows: The University of Pittsburgh Medical Center shall redact any identifying patient health information and personally identifiable information in Subpoena Requests 1-10 and 14-15, pursuant to 45 C.F.R. § 164.514(b)(2)(i). UPMC shall further confirm with a person with appropriate knowledge of and experience with generally accepted statistical and scientific principles and methods for rendering information not individually identifiable that after applying such principles and methods, determines that the risk is very small that the information could be used, alone or in combination with other reasonably available information, by an anticipated recipient to identify an individual who is a subject of the information. *See* 45 C.F.R. § 164.514(b)(1). UPMC shall document the methods and results of the analysis that justify such determination.

1

2

DATED: _____

                                        Hon. Cathy Bissoon, Chief Judge