UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re 2025 UPMC Subpoena | Civil Action No. 2:25-mc-01069-CB |

**PATIENTS' MOTION TO FILE A REPLY BRIEF**

1. In their brief pursuant to this Court's December 24, 2025 Order, current and former minor patients ("Patients") of the University of Pittsburgh Medical Center explained that they disagreed both with DOJ's interpretation of that Order, and the implication that redactions would cure the faults this Court and others identified in that subpoena.

2. These issues are amply briefed for the Court. However, in the middle of its brief, DOJ reraised an argument unrelated to the limited leave it sought and was granted, arguing that this Court may not protect third parties from subpoena abuses, unless those third parties file their own motions to quash. *See* Dkt. No. 58 at 8–9.

3. To the extent the Court considers DOJ's argument, Patients move to file the two-page reply brief that is attached as Exhibit A, so that they may fully address the issue.

4. Patients attach a proposed order for the Court.

Dated: January 22, 2026

BALLARD SPAHR LLP

Michael P. Robotti* (NY 4718532)
1675 Broadway, 19th Floor
New York, NY 10019
212-223-0200
robottim@ballardspahr.com

J. Chesley Burruss* (PA 331521)
Kevin M. Hayne* (NY 5967526)

Respectfully submitted,

*/s/ Olivia Mania*
Mary M. McKenzie* (PA 47434)
Daniel Urevick-Ackelsberg* (PA 307758)
Meghan Binford* (PA 321212)
Olivia Mania* (PA 336161)
THE PUBLIC INTEREST LAW CENTER
1617 John F. Kennedy Blvd., Suite 1650
Philadelphia, PA 19103
267-546-1316
mmckenzie@pubintlaw.org
dackelsberg@pubintlaw.org

| | |
|---|---|
| Elizabeth A. Lilly* (PA 336185)<br>1735 Market Street, 51st Floor<br>Philadelphia, PA 19103<br>burrussc@ballardspahr.com<br>haynek@ballardspahr.com<br>lillye@ballarspahr.com | mbinford@pubintlaw.org<br>omania@pubintlaw.org |
| FLANNERY GEORGALIS | *Counsel for Patients*<br>*\*Pro hac vice* |
| Colin J. Callahan (PA 328033)<br>436 Seventh Avenue<br>Koppers Building, Ste. 2100<br>Pittsburgh, PA 15219<br>412-213-4246<br>ccallahan@flannerygeorgalis.com | |