UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re 2025 UPMC Subpoena | Civil Action No. 2:25-mc-01069-CB |

**ORDER**

AND NOW, this _____ day of _____, 2026, upon consideration of Patients' Motion to File a Reply Brief ("Motion"), the Motion is hereby **GRANTED** and Patients' Reply Brief is deemed filed.

_____
Hon. Cathy Bissoon, Chief Judge