## CERTIFICATE OF SERVICE

    I, Olivia Mania, hereby certify that on the 22nd day of January, 2026, I caused the forgoing document to be filed electronically with this Court, where it is available for viewing and downloading from the Court's ECF system by the Court and all parties.

                                                                                           */s/ Olivia Mania*  
                                                                                           Olivia Mania