UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re 2025 UPMC Subpoena | Civil Action No. 2:25-mc-01069-CB |

## NOTICE OF SUPPLEMENTAL AUTHORITY

Patients notify the Court that on January 22, 2026, a Voluntary Dismissal Without Prejudice was entered in *In Re 2025 Children's Hospital of Los Angeles Subpoena*, pursuant to a settlement entered between the Department of Justice and a group of patients that sought to quash an identical subpoena. No. 2:25-cv-11183, Dkt. No. 25 (C.D. Cal. Jan. 22, 2026). In that settlement: (a) DOJ disclosed that in December it "withdrew Subpoena Requests 11, 12, and 13 in their entirety," *id.*, Dkt. No. 25-1 at 2; (b) has no plan to reissue those requests, *id.*; (c) will provide counsel for patients 28 days' advance notice if it plans to refile such a subpoena prior to February 1, 2029, *id.* at 5; and (d) will accept redactions for the remainder of the subpoena, *id.* at 3–5. DOJ's withdrawal of Requests 11, 12, and 13 of an identical subpoena shows that the information requested is irrelevant and unnecessary for their purported investigation, thus giving credence to this Court's conclusion "that the government's demand for deeply private and personal patient information carries more than a whiff of ill-intent." *In re 2025 UPMC Subpoena*, No. 2:25-MC-01069-CB, 2025 WL 3724705, at *2 (W.D. Pa. Dec. 24, 2025).

A copy of the dismissal and supporting documents are attached as Exhibit 1.

Dated: February 10, 2026

BALLARD SPAHR LLP

Michael P. Robotti* (NY 4718532)
1675 Broadway, 19th Floor
New York, NY 10019
212-223-0200
robottim@ballardspahr.com

J. Chesley Burruss* (PA 331521)
Kevin M. Hayne* (NY 5967526)
Elizabeth A. Lilly* (PA 336185)
1735 Market Street, 51st Floor
Philadelphia, PA 19103
burrussc@ballardspahr.com
haynek@ballardspahr.com
lillye@ballarspahr.com

FLANNERY GEORGALIS

Colin J. Callahan (PA 328033)
436 Seventh Avenue
Koppers Building, Ste. 2100
Pittsburgh, PA 15219
412-213-4246
ccallahan@flannerygeorgalis.com

Respectfully submitted,

*/s/ Daniel Urevick-Ackelsberg*
Mary M. McKenzie* (PA 47434)
Daniel Urevick-Ackelsberg* (PA 307758)
Meghan Binford* (PA 321212)
Olivia Mania* (PA 336161)
THE PUBLIC INTEREST LAW CENTER
1617 John F. Kennedy Blvd., Suite 1650
Philadelphia, PA 19103
267-546-1316
mmckenzie@pubintlaw.org
dackelsberg@pubintlaw.org
mbinford@pubintlaw.org
omania@pubintlaw.org


*Counsel for Patients*
*Pro hac vice

## **CERTIFICATE OF SERVICE**

      I, Daniel Urevick-Ackelsberg, hereby certify that on the 10th of February, 2026, I caused the foregoing document to be filed electronically with this Court, where it is available for viewing and downloading from the Court's ECF system by the Court and all parties.

                                                  */s/ Daniel Urevick-Ackelsberg*
                                                  Daniel Urevick-Ackelsberg