UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: 2025 UPMC SUBPOENA | Case No. 2:25-mc-1069-CB |

### UNITED STATES' NOTICE OF APPEAL

Notice is hereby given that the United States of America appeals to the United States Court of Appeals for the Third Circuit the Order entered by this Court on December 24, 2025. (ECF 52).

Dated: February 20, 2026

Respectfully Submitted,

**FOR THE UNITED STATES OF AMERICA**

BRETT A. SHUMATE
Assistant Attorney General

JORDAN C. CAMPBELL
Deputy Assistant Attorney General

LISA K. HSIAO
Acting Director
Enforcement & Affirmative Litigation Branch

 /s/ Patrick R. Runkle
ROSS S. GOLDSTEIN
PATRICK R. RUNKLE
Assistant Directors
SCOTT DAHLQUIST
Trial Attorney

U.S. Department of Justice
Enforcement & Affirmative Litigation Branch
P.O. Box 386
Washington, DC 20044
Tel: (202) 532-4723
patrick.r.runkle@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on February 20, 2026, I served the foregoing via electronic mail pursuant to Rule 5(b)(2)(E) of the Federal Rules of Civil Procedure to counsel of record.

Dated this 20th day of February, 2026.

                                                      /s/ Patrick R. Runkle
                                                     PATRICK R. RUNKLE