**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| *In re:  2025 UPMC Subpoena* ) | |
| ) | 2:25-mc-01069-CB |
| ) | |
| ) | Chief Judge Cathy Bissoon |
| ) | |

## JUDGMENT ORDER

FINAL JUDGMENT hereby is entered pursuant to Rule 58 of the Federal Rules of Civil Procedure.  This case has been marked closed.


March 2, 2026                                                s/Cathy Bissoon
                                                                      Cathy Bissoon
                                                                      Chief United States District Judge


cc (via ECF email notification):

All Counsel of Record